# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAY CANTRELL,
#1007344

      Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.*,

      Defendants.

2:10-cv-02219-JCM-GWF

**ORDER**

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form or pay the filing fee. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

DATED this 8th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge